NASSAU SUFFOLK LUMBER & SUPPLY CORP., Respondent, v ELECTROGRAPH TECHNOLOGIES CORP., Formerly Known as MANCHESTER TECHNOLOGIES, INC., Appellant. [937 NYS2d 598]

The defendant failed to demonstrate that it had a potentially meritorious defense to the action on the issue of liability for breach of the commercial lease (*see generally Holy Props. v Cole Prods.*, 87 NY2d 130, 133-134 [1995]; *Riverside Research Inst. v KMGA, Inc.*, 68 NY2d 689, 691-692 [1986]; *REP A8 LLC v Aventura Tech., Inc.*, 68 AD3d 1087, 1089 [2009]).

Accordingly, the Supreme Court properly denied the defendant's motion to vacate the default judgment. Dillon, J.P., Balkin, Belen and Austin, JJ., concur.